UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ICAP ENTERPRISES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 23-01243-11<br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| Docket No. 1727 | POST-CONFIRMATION REPORT [Re iCap Enterprises, Inc., Quarter Ending 12/31/2025] |
| Docket No. 1728 | POST-CONFIRMATION REPORT [Re VH Willows Townhomes LLC, Quarter Ending 12/31/2025] |

[1]The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11 iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (2B3-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11) ; Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11)

| | |
|---|---|
| Docket No. 1729 | POST-CONFIRMATION REPORT [Re VH 1121 14th LLC, Quarter Ending 12/31/2025] |
| Docket No. 1730 | POST-CONFIRMATION REPORT [Re iCap Enterprises, Inc., Quarter Ending 3/31/2026] |
| Docket No. 1731 | POST-CONFIRMATION REPORT [Re VH Willows Townhomes LLC, Quarter Ending 3/31/2026] |
| Docket No. 1732 | POST-CONFIRMATION REPORT [Re VH 1121 14th LLC, Quarter Ending 3/31/2026] |

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On June 24, 2026, at the direction of Bush Kornfeld LLP, counsel to the iCap Liquidating Trust, copies of the above referenced documents were served in the following manner on the parties listed on the attached Exhibit A via the modes of service indicated therein:

| | |
|---|---|
| Exhibit A | The Limited Service List Parties referenced in Service List Nos. 82629 and 82630. |

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed on the 29th day of June, 2026.

/s/ Bradford Daniel
Bradford Daniel

# iCap

**Total number of parties: 130**

## Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82630 | ALERA MANAGEMENT GROUP, ATTN: BEN WILTGEN, 5800 SW MEADOWS RD , #230, LAKE OSWEGO, OR, 97035 | US Mail (1st Class) |
| 82630 | ATTORNEY GENERAL OF UNITED STATES, DEPARTMENT OF JUSTICE, ROOM B103, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 82629 | AZURE BLUE SERVICE LIMITED, TRINITY CHAMBERS, PO BOX 4301, ROAD TOWN, TORTOLA, BRITISH VIRGIN, VG1 110 BRITISH VIRGIN ISLAN, SUN2015@VIP.163.COM | E-mail |
| 82629 | BARRY M ABZUG REVOCABLE TRUST, 1949 LEONARD ROAD FALLS CHURCH, FALLS CHURCH, VA, 22043, BARRY.ABZUG@VERIZON.NET | E-mail |
| 82629 | BENESCH, FRIEDLANDER, COPLAN ET AL, KEVIN M. CAPUZZI, (RE: OUTBOX SYSTEMS, INC. D/B/A SIMPLUS), 1313 NORTH MARKET STREET, SUITE 1201, WILMINGTON, DE, 19801, KCAPUZZI@BENESCHLAW.COM | E-mail |
| 82629 | BLACK HELTERLINE LLP, OREN B. HAKER, (RE: CO-COUNSEL TO DEBTORS), 805 SW BROADWAY, SUITE 2600, PORTLAND, OR, 97205, OREN.HAKER@BHLAW.COM | E-mail |
| 82629 | BORDE LAW PLLC, MANISH BORDE, (RE: WILMINGTON AND LIMA), 1700 7TH AVE., SUITE 2100, SEATTLE, WA, 98101-1360, MBORDE@BORDELAW.COM | E-mail |
| 82629 | BUCHALTER, BERNARD D BOLLINGER & DAVID E. MARK, (RE: DEBTORS), 1000 WILSHIRE BLVD., SUITE 1500, LOS ANGELES, CA, 90017-1730, BBOLLINGER@BUCHALTER.COM | E-mail |
| 82629 | BUCHALTER, BERNARD D BOLLINGER & DAVID E. MARK, (RE: DEBTORS), 1000 WILSHIRE BLVD., SUITE 1500, LOS ANGELES, CA, 90017-1730, DMARK@BUCHALTER.COM | E-mail |
| 82629 | BUCHALTER, DAKOTA PEARCE, (RE: DEBTORS), 1420 5TH AVE., SUITE 3100, SEATTLE, WA, 98101, DPEARCE@BUCHALTER.COM | E-mail |
| 82629 | BUCHALTER, KHALED TARAZI, (RE: DEBTORS), 15279 N SCOTTSDALE ROAD, SUITE 400, SCOTTSDALE, AZ, 85254-2659, KTARAZI@BUCHALTER.COM | E-mail |
| 82629 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: COUNSEL FOR THE ICAP TRUST), 601 UNION STREET, SUITE 4630, SEATTLE, WA, 98101-2373, JKORNFELD@BSKD.COM | E-mail |
| 82629 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: COUNSEL FOR THE ICAP TRUST), 601 UNION STREET, SUITE 4630, SEATTLE, WA, 98101-2373, AWILLIG@BSKD.COM | E-mail |
| 82629 | BUSH KORNFELD LLP, A.J. KORNFELD; A.S. WILLIG; J WAX, (RE: COUNSEL FOR THE ICAP TRUST), 601 UNION STREET, SUITE 4630, SEATTLE, WA, 98101-2373, JWAX@BSKD.COM | E-mail |
| 82629 | CHING-PING HU (GRACE SHIN), 3RD FLR, NO. 143, SECTION 6, NANJING EAST ROAD,, NEIHU DST, TAIPEI CITY, 114 TAIWAN, REPUBLIC OF, JESSICA.CP.HU@GMAIL.COM | E-mail |
| 82630 | CHUNYING TIAN, 24632 SE 2ND PL., SAMMAMISH, WA, 98074 | US Mail (1st Class) |
| 82629 | CHUNYING TIAN, NO. 102, 1ST FLR, UNIT 2, BLDNG 11, NO. 1999 BEICHEN AVENUE, WEIYANG, XI`AN, SHANXI, CHINA, PEOPLE`S REPU, 9113114@GMAIL.COM | E-mail |
| 82629 | CHUNYING TIAN, NO. 102, 1ST FLR, UNIT 2, BLDNG 11, NO. 1999 BEICHEN AVENUE, WEIYANG, XI`AN, SHANXI, CHINA, PEOPLE`S REPU, WBYAN1105@GMAIL.COM | E-mail |
| 82630 | COMMONWEALTH OF PENNSYLVANIA, 302 NORTH OFFICE BUILDING, 401 NORTH STREET, HARRISBURG, PA, 17120 | US Mail (1st Class) |
| 82629 | COOPERATIVA DE SEGUROS MULTIPLES, PO BOX 363846, SAN JUAN, PR, 00936, RAMONR@SEGUROSMULTIPLES.COM | E-mail |
| 82629 | CWN HOLDINGS LIMITED, TRINITY CHAMBERS, PO BOX 4301, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLAN, SUN2015@VIP.163.COM | E-mail |
| 82629 | DAVIES PEARSON, P.C., THOMAS L. DASHIELL, (RE: AFH SENIOR CARE C CORP), PO BOX 1657, TACOMA, WA, 98401, TDASHIELL@DPEARSON.COM | E-mail |
| 82630 | DEP`T OF FINANCIAL INSTITUTIONS, DIVISION OF SECURITIES, PO BOX 41200, OLYMPIA, WA, 98504-1200 | US Mail (1st Class) |
| 82629 | DEVONT CAPITAL LIMITED, LIN LAN SUN, PO BOX 4301, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLAN, SUN2015@VIP.163.COM | E-mail |

## Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82629 | EISENHOWER CARLSON PLLC, DARREN R KRATTLI, (RE: REDMOND FUNDING GROUP, LLC), 909 A STREET, SUITE 600, TACOMA, WA, 98402, JFERNANDO@EISENHOWERLAW.COM | E-mail |
| 82629 | EISENHOWER CARLSON PLLC, DARREN R KRATTLI, (RE: REDMOND FUNDING GROUP, LLC), 909 A STREET, SUITE 600, TACOMA, WA, 98402, DKRATTLI@EISENHOWERLAW.COM | E-mail |
| 82630 | ELIZABETH PLAZA, THE ISLES 11 SALT LANE, CHESTER, PA, 19425 | US Mail (1st Class) |
| 82630 | ELIZABETH PLAZA, 27 DORADO ESTATES, DORADO, PR, 00646 | US Mail (1st Class) |
| 82629 | FLEISCHER, FLEISCHER & SUGLIA, P.C., NICOLA G. SUGLIA, ESQUIRE, (RE: CANON FINANCIAL SERVICES, INC), FOUR GREENTREE CENTRE, 601 ROUTE 73 NORTH, SUITE 305, MARLTON, NJ, 08053, NSUGLIA@FLEISCHERLAW.COM | E-mail |
| 82629 | FOSTER GARVEY PC, JASON M. AYRES; TARA SCHLEICHER, (RE: UMPQUA BANK), 121 SW MORRISON ST, SUITE 1100, PORTLAND, OR, 97204, JASON.AYRES@FOSTER.COM | E-mail |
| 82629 | FOSTER GARVEY PC, JASON M. AYRES; TARA SCHLEICHER, (RE: UMPQUA BANK), 121 SW MORRISON ST, SUITE 1100, PORTLAND, OR, 97204, TARA.SCHLEICHER@FOSTER.COM | E-mail |
| 82629 | GOLDFARB & HUCK ROTH RIOJAS,  PLLC, R. OMAR RIOJAS, (RE: BOSIA ET AL. PLAINTIFFS), 925 FOURTH AVENUE, SUITE 3950, SEATTLE, WA, 98104, RIOJAS@GOLDFARB-HUCK.COM | E-mail |
| 82629 | HACKER & WILLIG, INC., P.S., ARNOLD M. WILLIG, (RE: BRMK LENDING, LLC), THE FINANCIAL CENTER, 1215 FOURTH AVE, STE 910, SEATTLE, WA, 98161, ARNIE@HACKERWILLIG.COM | E-mail |
| 82629 | HANSON BAKER LUDLOW DRUMHELLER P.S., C/O DOUGLAS CAMERON;LACEE L. CURTIS, (RE: OAK HILLS CONSTRUCTION, LLC), 2229 112TH AVE. N.E.,, STE. 200, BELLEVUE, WA, 98004, LCURTIS@HANSONBAKER.COM | E-mail |
| 82629 | HANSON BAKER LUDLOW DRUMHELLER P.S., C/O DOUGLAS CAMERON;LACEE L. CURTIS, (RE: OAK HILLS CONSTRUCTION, LLC), 2229 112TH AVE. N.E.,, STE. 200, BELLEVUE, WA, 98004, DCAMERON@HANSONBAKER.COM | E-mail |
| 82629 | HILLIS CLARK MARTIN & PETERSON P.S., MICHAEL E. SCHMIDT; BRIAN C. FREE, (RE: J CHRISTENSEN;INVALUS;SUNSETTERRACE), 999 THIRD AVENUE, SUITE 4600, SEATTLE, WA, 98104, BRIAN.FREE@HCMP.COM | E-mail |
| 82629 | HILLIS CLARK MARTIN & PETERSON P.S., MICHAEL E. SCHMIDT; BRIAN C. FREE, (RE: J CHRISTENSEN;INVALUS;SUNSETTERRACE), 999 THIRD AVENUE, SUITE 4600, SEATTLE, WA, 98104, MICHAEL.SCHMIDT@HCMP.COM | E-mail |
| 82629 | HUIMIN ZHANG, XISHAN ST, BUILDING 1, ROOM 1-4-3, C/O AMY BINNS, REP. FOR CREDITOR, DALIAN, LIAONING, 116000 CHINA, PEOPLE`S REPU, DALIANLFX@126.COM | E-mail |
| 82629 | ICAP ENTERPRISES, INC., LANCE MILLER, 8726 S. SEPULVEDA BLVD., SUITE D - 4131, LOS ANGELES, CA, 90045, LANCE.MILLER@PIVOTGRP.COM | E-mail |
| 82630 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 82630 | INTERNAL REVENUE SERVICE, DEAN WAKAYAMA, ASSOCIATE AREA COUNSEL, ROOM 2704 FEDERAL BLDG., W670, SEATTLE, WA, 98174 | US Mail (1st Class) |
| 82629 | JAMESON PEPPLE CANTU PLLC, MATT ADAMSON, (RE: STERLING REALTY ORGANIZATION CO), 801 SECOND AVENUE, SUITE 700, SEATTLE, WA, 98104, MADAMSON@JPCLAW.COM | E-mail |
| 82629 | JASON YELOWITZ, , JYELOWITZ@YAHOO.COM | E-mail |
| 82629 | JUNMING CHEN, 10-2-402 ZHICHENGYUAN XIXICHENGYUA, XIHU DIST., HANGZHOU, ZHEJIANG, 310030 CHINA, PEOPLE`S REPU, JIMMY@FSI-AUTO.COM | E-mail |
| 82629 | JUNMING CHEN, 10-2-402 ZHICHENGYUAN XIXICHENGYUA, XIHU DIST., HANGZHOU, ZHEJIANG, 310030 CHINA, PEOPLE`S REPU, JIMMY@FSIHEATER.COM | E-mail |
| 82629 | KARR TUTTLE CAMPBELL, G TREPERINAS, (RE: SERENE INVESTMENT MANAGEMENT LLC), 701 FIFTH AVENUE, SUITE 3300, SEATTLE, WA, 98104, GTREPERINAS@KARRTUTTLE.COM | E-mail |
| 82629 | KARR TUTTLE CAMPBELL, G TREPERINAS, (RE: SERENE INVESTMENT MANAGEMENT LLC), 701 FIFTH AVENUE, SUITE 3300, SEATTLE, WA, 98104, MFEINBERG@KARRTUTTLE.COM | E-mail |
| 82629 | KETTER, SHEPPARD & JACKSON, LLP, KENNETH A. SHEPPARD, (RE: EVERGREEN MANAGEMENTCAPITAL, LLC), 50 116TH AVE SE,, SUITE 201, BELLEVUE, WA, 98004, KSHEPPARD@SKSP.COM | E-mail |
| 82629 | KUN WANG, NO.144, BLD 14 #6 CRHNG TIGER BRDG, HAIDIAN DISTRICT, BEIJING, 100044 CHINA, PEOPLE`S REPU, MAYANDMAY@SINA.COM | E-mail |
| 82629 | LAW OFFICE OF CONDE COX, CONDE T. COX, (RE: TRITALENT FUNDING GROUP, INC.), P. O. BOX 1379, ASHLAND, OR, 97520, CONDE@LAWOFFICEOFCONDECOX.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82629 | LAW OFFICE OF FRANK J WRIGHT, PLLC, FRANK J WRIGHT, (RE: JTA SECURITIES MANAGEMENT, INC.), 1800 VALLEY VIEW LANE, SUITE 250, FARMERS BRANCH, TX, 75234, FRANK@FJWRIGHT.LAW | E-mail |
| 82629 | LESNICK PRINCE & PAPPAS LLP, MATTHEW A. LESNICK, (RE: CHRISTOPHER CHRISTENSEN), 315 WEST NINTH STREET, SUITE 705, LOS ANGELES, CA, 90015, MATT@LESNICKPRINCE.COM | E-mail |
| 82629 | LEVY LAW, SETH CHASTAIN, (RE: REXEL USA INC DBA PLATT ELECTRIC), 1200 5TH AVE., SUITE 1850, SEATTLE, WA, 98101, SECHASTAIN@LEVY-LAW.COM | E-mail |
| 82630 | LIMA ONE CAPITAL, LLC, 201 EAST MCBEE AVE SUITE 300, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 82630 | LOEB & LOEB, LLP, BANKRUPTCY GROUP, (RE: SERENE INVESTMENT), 35 MUSIC SQUARE EAST SUITE 310, NASHVILLE, TN, 37203 | US Mail (1st Class) |
| 82629 | LOEB & LOEB, LLP, LANCE N. JURICH, (RE: SERENE INVESTMENT), 10100 SANTA MONICA BLVD., LOS ANGELES, CA, 90067, LJURICH@LOEB.COM | E-mail |
| 82629 | LOEB & LOEB, LLP, VADIM J. RUBINSTEIN, (RE: SERENE INVESTMENT), 345 PARK AVENUE, NEW YORK, NY, 10154, VRUBINSTEIN@LOEB.COM | E-mail |
| 82629 | LUKINS & ANNIS PS, TREVOR R PINCOCK, (RE: ATTY FOR DEFENDANTS F ARRAIZA ET AL), 717 W SPRAGUE AVE, SUITE 1600, SPOKANE, WA, 99201, TPINCOCK@LUKINS.COM | E-mail |
| 82629 | MCNAUL EBEL NAWROT & HELGREN PLLC, MATTHEW J. CAMPOS, (RE: CHRISTOPHER CHRISTENSEN), 600 UNIVERSITY STREET, SUITE 2700, SEATTLE, WA, 98101, MCAMPOS@MCNAUL.COM | E-mail |
| 82629 | MELAND BUDWICK, P.A, ME MURPHY; AE BRODY, (RE: COUNSEL TO ICAP TRUSTEES), 200 S. BISCAYNE BLVD., SUITE 3200, MIAMI, FL, 33131, MMURPHY@MELANDBUDWICK.COM | E-mail |
| 82629 | MELAND BUDWICK, P.A, ME MURPHY; AE BRODY, (RE: COUNSEL TO ICAP TRUSTEES), 200 S. BISCAYNE BLVD., SUITE 3200, MIAMI, FL, 33131, ABRODY@MELANDBUDWICK.COM | E-mail |
| 82629 | MILLER NASH LLP, DAVID C. NEU, (RE: SOCOTRA REIT 1, LLC ET AL.), 605 5TH AVE S STE 900, SEATTLE, WA, 98104, DAVID.NEU@MILLERNASH.COM | E-mail |
| 82629 | MILLER NASH LLP, GARRETT S. LEDGERWOOD, (RE: SOCOTRA REIT 1, LLC ET AL.), 111 SW FIFTH AVE STE 3400, PORTLAND, OR, 97204, GARRETT.LEDGERWOOD@MILLERNASH.COM | E-mail |
| 82629 | MINGYI HU, ROOM 2606, QINZHOU MANSION, NO.6,, LANE 111, QINZHOU ROAD, SHANGHAI, CHINA, PEOPLE`S REPU, CANSOLH@GMAIL.COM | E-mail |
| 82630 | NORTH CAROLINA DEPT OF REVENUE, ATTENTION: BANKRUPTCY UNIT, POST OFFICE BOX 1168, RALEIGH, NC, 27602-1168 | US Mail (1st Class) |
| 82629 | O'MELVENY & MYERS LLP, DIANA M. PEREZ, (RE: CO-COUNSEL TO DEBTORS), TIMES SQUARE TOWER, 7 TIMES SQUARE, NEW YORK, NY, 10036, DPEREZ@OMM.COM | E-mail |
| 82629 | O'MELVENY & MYERS, LLP, ATTN: JULIAN I. GURULE, (RE: CO-COUNSEL TO DEBTORS), 400 SOUTH HOPE STREET, 18TH FLOOR, LOS ANGELES, CA, 90071, JGURULE@OMM.COM | E-mail |
| 82629 | O'MELVENY & MYERS, LLP, MADHU POCHA, (RE: CO-COUNSEL TO DEBTORS), 1999 AVE OF THE STARS, SUITE 800, LOS ANGELES, CA, 90067, MPOCHA@OMM.COM | E-mail |
| 82629 | O'MELVENY & MYERS, LLP, PATRICK J. JONES, (RE: CO-COUNSEL TO DEBTORS), 1625 EYE STREET, NW, WASHINGTON, DC, 20006, PJONES@OMM.COM | E-mail |
| 82629 | OFFICE OF THE UNITED STATES TRUSTEE, AMY LAMBDIN, ASSISTANT UNITED STATES TRUSTEE, 920 WEST RIVERSIDE AVENUE, STE 593, SPOKANE, WA, 99201-1012, USTP.REGION18.SP.ECF@USDOJ.GOV | E-mail |
| 82629 | PACHULSKI STANG ZIEHL & JONES LLP, CIA H. MACKLE, (RE: DEBTOR), 10100 SANTA MONICA BLVD., 13TH FLOOR, LOS ANGELES, CA, 90067-4003, CMACKLE@PSZJLAW.COM | E-mail |
| 82629 | PACHULSKI STANG ZIEHL & JONES LLP, HAYLEY R. WINOGRAD, (RE: DEBTOR), 1700 BROADWAY, 36TH FLOOR, NEW YORK, NY, 10019, HWINOGRAD@PSZJLAW.COM | E-mail |
| 82629 | PACHULSKI STANG ZIEHL & JONES LLP, JAMES W. WALKER, (RE: DEBTOR), 700 LOUISIANA STREET, SUITE 4500, HOUSTON, TX, 77002, JWALKER@PSZJLAW.COM | E-mail |
| 82629 | PENG LYU AND LI TAN, 1124 E LAKE SAMMAMISH PKWY NE, SAMMAMISH, WA, 98074, LILIAN.TAN@MAXSOLUTION.COM.CN | E-mail |
| 82630 | PING ZHANG, 3388 W. 26TH AVE., VANCOUVER, BC, V65 1N5 CANADA | US Mail (1st Class) |
| 82629 | PING ZHANG, RM 252 UNIT 2, NO. 67 EAST ORCHARD, TONGZHOU DISTRICT, BEIJING, 101116 CHINA, PEOPLE`S REPU, JOANNAHEART@163.COM | E-mail |
| 82629 | PIVOT, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), 633 WEST 5TH STREET,, 28TH FLOOR, LOS ANGELES, CA, 90071, STAN.HO@PIVOTGRP.COM | E-mail |

## Exhibit A - iCap

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82629 | PIVOT, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), 633 WEST 5TH STREET,, 28TH FLOOR, LOS ANGELES, CA, 90071, PETER.ELKIN@PIVOTGRP.COM | E-mail |
| 82629 | PIVOT, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), 633 WEST 5TH STREET,, 28TH FLOOR, LOS ANGELES, CA, 90071, LIZ.GONZALEZ@PIVOTGRP.COM | E-mail |
| 82629 | PIVOT, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), 633 WEST 5TH STREET,, 28TH FLOOR, LOS ANGELES, CA, 90071, LANCE.MILLER@PIVOTGRP.COM | E-mail |
| 82629 | PIVOT, LIZ GONZALEZ, (RE: COUNSEL TO DEBTORS), 633 WEST 5TH STREET,, 28TH FLOOR, LOS ANGELES, CA, 90071, MIKE.LANG@PIVOTGRP.COM | E-mail |
| 82629 | QINGXIAO JIANG, #1201, UNIT 2 BLD #8, ZHIJING YUAN, XIXI CHENG YUAN, XIHU DISTRICT, HANGZHOU, ZHEJIANG, 310000 CHINA, PEOPLE`S REPU, NICKEYJIANG@163.COM | E-mail |
| 82629 | RAINES FELDMAN LITTRELL LLP, MICHAEL SIMON & ROBERT MARTICELLO, (RE: WILMINGTON AND LIMA), 3200 PARK CENTER DRIVE, SUITE 250, COSTA MESA, CA, 92626, MSIMON@RAINESLAW.COM | E-mail |
| 82629 | RAINES FELDMAN LITTRELL LLP, MICHAEL SIMON & ROBERT MARTICELLO, (RE: WILMINGTON AND LIMA), 3200 PARK CENTER DRIVE, SUITE 250, COSTA MESA, CA, 92626, RMARTICELLO@RAINESLAW.COM | E-mail |
| 82630 | REDMOND FUNDING GROUP, 22500 NE MARKETPLACE DR - #206C, REDMOND, WA, 98053 | US Mail (1st Class) |
| 82629 | ROBERT W ALFINI, 419 E ORCHARD ST., ARLINGTON HEIGHTS, IL, 60005, BOBALFINI@AOL.COM | E-mail |
| 82629 | RUIHUA JI, NO. 11, LANE 688, PINGJI ROAD, MINHANG DISTRICT, SHANGAI, 201100 CHINA, PEOPLE`S REPU, JIRUIHUA@GMAIL.COM | E-mail |
| 82629 | RUZHEN ZHANG, NO.1904, BUILDING 1, NO 1, SHANGDI XINXI ROAD,, HAIDIAN DIST, BEIJING, 100085 CHINA, PEOPLE`S REPU, RENEEYANGNY@GMAIL.COM | E-mail |
| 82629 | RUZHEN ZHANG, NO.1904, BUILDING 1, NO 1, SHANGDI XINXI ROAD,, HAIDIAN DIST, BEIJING, 100085 CHINA, PEOPLE`S REPU, XIAOZHOUYANGNY@GMAIL.COM | E-mail |
| 82630 | SCHWABE, WILLIAMSON & WYATT, P.C., LAWRENCE REAM;A BENSON;DAVIS LEIGH, (RE: HUGH G. GOLDSMITH & ASSOC, INC), 1420 5TH AVENUE, SUITE 3400, SEATTLE, WA, 98101 | US Mail (1st Class) |
| 82629 | SCHWEET LINDE & ROSENBLUM, PLLC, MICHAEL M. SPERRY, (RE: BAOGUO LONG, CHEN SHEN, ET AL.), 575 SOUTH MICHIGAN STREET, SEATTLE, WA, 98108, MICHAELS@SCHWEETLAW.COM | E-mail |
| 82630 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 82630 | SERENE INVESTMENT MANAGEMENT LLC, 2625 ALCATRAZ AVE., SUITE 513, BERKELEY, CA, 94705 | US Mail (1st Class) |
| 82629 | SERENE INVESTMENT MANAGEMENT LLC, 2625 ALCATRAZ AVE., SUITE 513, BERKELEY, CA, 94705, INFO@SERENEIM.COM | E-mail |
| 82629 | SHIYING CHEN, 1102, UNIT 1, BUILDING 5,, MINGLIYUAN, XIXI CHENGYUAN, XIHU, HANGZHOU, ZHEJIANG, 310012 CHINA, PEOPLE`S REPU, 8407046@QQ.COM | E-mail |
| 82629 | SHULMAN BASTIAN FRIEDMAN & BUI LLP, ALAN J. FRIEDMAN, ESQ., (RE: ICAP DIP FINANCE GROUP, LLC), 100 SPECTRUM CENTER DR, SUITE 600, IRVINE, CA, 92618, AFRIEDMAN@SHULMANBASTIAN.COM | E-mail |
| 82629 | SHULMAN BASTIAN FRIEDMAN & BUI LLP, ALAN J. FRIEDMAN, ESQ., (RE: ICAP DIP FINANCE GROUP, LLC), 100 SPECTRUM CENTER DR, SUITE 600, IRVINE, CA, 92618, LGAUTHIER@SHULMANBASTIAN.COM | E-mail |
| 82629 | SINOLITE INDUSTRIAL CO., BLDG DEF, 19 FL, ZHEJIANG WUCHAN, INTNL PLZ,, NO.445 KAIXUAN RD,, JIANGGAN DIST, HANGZHOU, CHINA, PEOPLE`S REPU, KASSY@SINOLITE.NET | E-mail |
| 82630 | SOCOTRA REIT 1, LLC, SOCOTRA CAPITAL, INC, 2208 29TH STREET, SUITE 100, SACRAMENTO, CA, 95817 | US Mail (1st Class) |
| 82629 | SQUIRE PATTON BOGGS (US) LLP, S LERNER; S KANE & N TRUITT, (RE: CNSEL FOR DEFENDNTS F ARRAIZA ET AL), 201 E FOURTH STREET, SUITE 1900, CINCINNATI, OH, 45202, STEPHEN.LERNER@SQUIREPB.COM | E-mail |
| 82629 | SQUIRE PATTON BOGGS (US) LLP, S LERNER; S KANE & N TRUITT, (RE: CNSEL FOR DEFENDNTS F ARRAIZA ET AL), 201 E FOURTH STREET, SUITE 1900, CINCINNATI, OH, 45202, SCOTT.KANE@SQUIREPB.COM | E-mail |
| 82629 | SQUIRE PATTON BOGGS (US) LLP, S LERNER; S KANE & N TRUITT, (RE: CNSEL FOR DEFENDNTS F ARRAIZA ET AL), 201 E FOURTH STREET, SUITE 1900, CINCINNATI, OH, 45202, NATHAN.TRUITT@SQUIREPB.COM | E-mail |
| 82630 | STATE OF CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO, CA, 94257-0540 | US Mail (1st Class) |
| 82630 | STATE OF DELAWARE, DIVISION OF CORPORATIONS, PO BOX 5509, BINGHAMTON, NY, 13902-5509 | US Mail (1st Class) |
| 82630 | STATE OF OHIO DEPT OF TAXATION, 4485 NORTHLAND RIDGE BLVD., COLUMBUS, OH, 43229 | US Mail (1st Class) |
| 82629 | STEVEN W SHAW, 11 RIVER PARK DRIVE, CORMWELL, CT, 06416, DR.SHAW@SHAWCHIROPRACTIC.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 82629 | TAT IU, ROOM 2301,BLOCK A, GAXALY INTL BLD, 167 HUANCHENG NORTH ROAD, HANGZHOU, ZHEJIANG, 310005 CHINA, PEOPLE`S REPU, IUTAT@SINA.COM | E-mail |
| 82629 | THE TRACY LAW GROUP PLLC, J. TODD TRACY, (RE: YONGZHI LIANG, BIBBIN ZHANG, ET AL.), 1601 5TH AVE., STE 610, SEATTLE, WA, 98101, TODD@THETRACYLAWGROUP.COM | E-mail |
| 82629 | THOMAS & JODI TEMPLE, W/ RIGHTS OF SURVIVORSHIP, 21 SYCAMORE LN, CHESTER SPRINGS, PA, 19425, TOM_TEMPLE@ME.COM | E-mail |
| 82630 | TREASURER, STATE OF CONNECTICUT, DEPT. OF BANKING, SECURITIES DIV, 260 CONSTITUTION PLAZA, HARTFORD, CT, 06103-1800 | US Mail (1st Class) |
| 82630 | TREASURER, STATE OF MAINE, 121 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 82629 | TRITALENT FUNDING GROUP INC, LESLIE W. IANNITTI; BRIAN LEITGEB, 8555 SW APPLE WAY STE 330, PORTLAND, OR, 97225, LESLIEI@TRITALENT.COM | E-mail |
| 82629 | TRITALENT FUNDING GROUP INC, LESLIE W. IANNITTI; BRIAN LEITGEB, 8555 SW APPLE WAY STE 330, PORTLAND, OR, 97225, BRIANL@TRITALENT.COM | E-mail |
| 82630 | TRITALENT FUNDING GROUP INC, LESLIE W. IANNITTI; BRIAN LEITGEB, 8555 SW APPLE WAY STE 330, PORTLAND, OR, 97225 | US Mail (1st Class) |
| 82630 | U.S. DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEY`S OFFICE, EASTERN DISTRICT OF WA, PO BOX 1494, SPOKANE, WA, 99210-1494 | US Mail (1st Class) |
| 82629 | ULMER & BERNE LLP, NATHAN W. LAMB;RONALD S. BETMAN, (RE: BOSIA ET AL. PLAINTIFFS), 500 W. MADISON STREET,, SUITE 3600, CHICAGO, IL, 60661-4587, RBETMAN@ULMER.COM | E-mail |
| 82629 | ULMER & BERNE LLP, NATHAN W. LAMB;RONALD S. BETMAN, (RE: BOSIA ET AL. PLAINTIFFS), 500 W. MADISON STREET,, SUITE 3600, CHICAGO, IL, 60661-4587, NLAMB@ULMER.COM | E-mail |
| 82629 | UNIVERSAL INSURANCE COMPANY, PO BOX 71338, SAN JUAN, PR, 00936, RARAMIREZ@UNIVERSALPR.COM | E-mail |
| 82630 | WASHINGTON STATE ATTORNEY GENERAL, (RE: STATE OF WASHINGTON), BANKRUPTCY & COLLECTIONS UNIT, 800 FIFTH AVENUE, SUITE 2000, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 82630 | WASHINGTON STATE DEPT OF REVENUE, BUSINESS LICENSING SERVICE, PO BOX 9034, OLYMPIA, WA, 98507 | US Mail (1st Class) |
| 82629 | WENOKUR RIORDAN PLLC, ALAN J. WENOKUR, (RE: QING ZHONG), 600 STEWART STREET,, SUITE 1300, SEATTLE, WA, 98101, ALAN@WRLAWGROUP.COM | E-mail |
| 82629 | YI XIA, BUILDING NO.8, LANE 600,, FEI HONG ROAD,, YANGPU DISTRICT, SHANGHAI, CHINA, PEOPLE`S REPU, XYI9458@GMAIL.COM | E-mail |
| 82629 | YONGZHI LIANG, 103-2-1105, BAI ZI WAN HOME, CHAOYANG DISTRICT, BEIJING, 100124 CHINA, PEOPLE`S REPU, BONNIEBINBIN@126.COM | E-mail |
| 82629 | YULAN REN, NO. 5, BLDNG 15, MEIDU HUATING, 76, LIANHUA NORTH RD, DUJIANGYAN CITY,, DUJIANGYAN CITY, SICHUAN PROVINCE, 611800 CHINA, PEOPLE`S REPU, MILOYEZHU@GMAIL.COM | E-mail |
| 82629 | YULAN REN, NO. 5, BLDNG 15, MEIDU HUATING, 76, LIANHUA NORTH RD, DUJIANGYAN CITY,, DUJIANGYAN CITY, SICHUAN PROVINCE, 611800 CHINA, PEOPLE`S REPU, RENYULAN1966@HOTMAIL.COM | E-mail |
| 82629 | YUNHUA LIU, 1155 NORTHEAST 55TH STREET, SEATTLE, WA, 98105, JSW504083881@GMAIL.COM | E-mail |
| 82629 | YUNHUA LIU, 1155 NORTHEAST 55TH STREET, SEATTLE, WA, 98105, 1669043402@QQ.COM | E-mail |
| 82629 | ZHENG REVOCABLE FOREIGN GRANTOR TST, 7307 N DIVISION ST. SUITE 303, SPOKANE, WA, 99208, KASSY@SINOLITE.NET | E-mail |
| 82629 | ZHENG REVOCABLE FOREIGN GRANTOR TST, 7307 N DIVISION ST. SUITE 303, SPOKANE, WA, 99208, ABURGESON@NWTRUSTEE.COM | E-mail |
| 82629 | ZHUHUA LI, 17225 NE 126TH PL, REDMOND, WA, 98052, SPRINGZHANG66@GMAIL.COM | E-mail |

**Subtotal for this group: 130**